IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MARIYAH MONTAE,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:14-cv-258-O |
| **TARRANT COUNTY COLLEGE** and **TARRANT COUNTY COLLEGE CAMPUS POLICE,** | § § § § § | |
| Defendants. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. The Court **ACCEPTS** the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. The above-styled suit is **DISMISSED with prejudice.**

**SO ORDERED** on this **9th day** of **October, 2014.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**